### 8504. SOUTHERN RAILWAY COMPANY v. IRWIN.

LUKE, J. The petition was not subject to the demurrers interposed. *Hudson* v. *Hudson*, 119 *Ga.* 637 (46 S. E. 874); *Petty* v. *Atlantic & Birmingham Air-Line Railway Co.*, 132 *Ga.* 153 (63 S. E. 817). The motion for a new trial was based on the general grounds only, and there was evidence to authorize the verdict, which has the approval of the trial judge. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 21, 1918.

Action for damages; from city court of Baxley—Judge Sellers.
December 2, 1916.

*J. B. Moore, Bennet, Twitty & Reese,* for plaintiff in error.
*W. W. Bennett,* contra.